AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Mariel Martinez<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br><br>EP:25-M-04748-MAT |

**FILED**
August 26, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Fidel Morales
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  08/25/2025  in the county of  El Paso  in the  Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. §952 | knowingly and intentionally import into the United States from the Republic of Mexico a quantity of cocaine to wit approximately 28 kilograms (gross weight) of cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Complaint sworn to telephonically on  August 26, 2025  at  02:00 PM  and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Jacqueline Walker HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/26/2025 

*Judge's signature*

City and state:  El Paso, Texas         Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

Affidavit

On August 25, 2025, at approximately 1:06 a.m., Mariel MARTINEZ, a United States citizen, entered the U.S. from the Republic of Mexico through the Bridge of the Americas Port of Entry (POE) in El Paso, Texas, which is within the Western District of Texas. MARTINEZ applied for entry into the U.S. through the vehicle lanes of the POE.

A Customs and Border Protection Officer (CBPO) was assigned to analyze images of vehicles going through the Low Energy Portal (LEP) pre-primary X-ray machine when they noticed an anomaly in the spare tire of a Jeep Gladiator bearing Texas plate SHZ5654. The CBPO notified the CBPO manning the vehicle primary lane of the anomaly.

A Canine Enforcement Officer (CEO) and their assigned Concealed Human Narcotic Detector Dog (CHNDD) were conducting pre-primary roving operations when they were asked to assist with the inspection of the vehicle. The CEO notified the CBPO that their canine was alerting to trained odor of narcotics emitting from the rear of the vehicle.

A CBPO approached the vehicle pre-primary and identified the driver as Mariel MARTINEZ. The CBPO asked MARTINEZ where she was coming from, MARTINEZ replied she was coming from her sister's house in Mexico. The CBPO asked MARTINEZ if any repairs had been made to the vehicle. MARTINEZ replied yes, she changed the tires about two months ago. MARTINEZ stated she had owned the vehicle for about two and half months. The CBPO asked MARTINEZ if anyone had asked her or forced her to cross something into the United States. MARTINEZ stated no. During the inspection, the CBPO noticed MARTINEZ not maintaining eye contact and fumbling for items in her purse and inside the vehicle. MARTINEZ stated she was responsible for everything in vehicle. MARTINEZ proceeded to lane #4.

Vehicle lane #4 was being manned by a CBPO. MARTINEZ presented her U.S. Passport. The CBPO received a negative declaration from MARTINEZ. The CBPO asked MARTINEZ if anyone drove her vehicle while in Mexico. MARTINEZ stated no, no one drove her vehicle while in Juarez but then stated a friend drove her vehicle while in Juarez. During the CBPO's inspection, they noticed MARTINEZ avoiding eye contact while asking her questions. MARTINEZ was referred to vehicle secondary for further inspection.

In secondary, an x-ray of the vehicle was conducted where anomalies were observed in the spare tire. The vehicle was then driven to secure location for further inspection.

Further inspection of the vehicle revealed a total of 24 bundles located in the spare tire and firewall of the vehicle. Field test of a white powdery substance using the GEMINI yielded positive results for properties of cocaine for a total weight of 28 kilograms.

A U.S. Homeland Security Investigations (HSI) Special Agent (SA) read MARTINEZ her Miranda Rights in the Spanish language. MARTINEZ agreed to speak to agents without the presence of an attorney. The interview was recorded with an audio and video recording device.

MARTINEZ stated a friend of a friend offered her a job around December of 2024. MARTINEZ stated she knew the narcotics she was crossing were cocaine. MARTINEZ stated they told her it was going to be a few kilograms, and they were going to be hard to find. MARTINEZ stated she has crossed narcotics two or three times and got paid $2500. MARTINEZ stated she knew it was illegal to cross narcotics.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.